[Cite as *Thomas v. Ohio Dept. of Transp.*, 2011-Ohio-5731.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

EDWARD A. THOMAS,                                :     Case No. 2011-05581-AD

    Plaintiff,

    v.                                                          :     Acting Clerk Daniel R. Borchert

OHIO DEPARTMENT OF TRANSPORTATION,

    Defendant.                                          :     <u>ENTRY OF DISMISSAL</u>

{¶ 1} On April 7, 2011, plaintiff, Edward A. Thomas, filed a complaint against defendant, Department of Transportation. Plaintiff asserts while traveling on State Route 82 on March 14, 2011 at approximately 6:30 a.m. in his 2011 Chevrolet Cruze, he struck a series of potholes which caused tire and rim and related damages to his vehicle. Plaintiff submitted a number of photographs which show the potholes exist near or at the railroad tracks which cross SR 82. Plaintiff seeks damages in the amount of $525.00, which represents his insurance deductible plus reimbursement of the $25.00 filing fee he submitted with the complaint.

{¶ 2} On June 10, 2011, defendant filed a motion to dismiss. In support of the motion to dismiss, defendant stated in pertinent part:

{¶ 3} "Defendant's investigation reveals that the Norfolk Southern Railroad is at milepost 2.75 on SR 82 in Trumbull County (See Exhibit A and destape). Defendant asserts that the location is not the maintenance responsibility of the Department of Transportation.

{¶ 4} "Defendant asserts that it is not responsible for the maintenance of the roadway within the railroad crossing area because (of) Ohio Revised Code Section 4955.20 . . .

{¶ 5} "In sum, O.R.C. Section 4955.20 requires that the railroad company

maintains the roadway within the railroad crossing area of SR 82 in Trumbull County."

Plaintiff has not responded to defendant's motion to dismiss.

{¶ 6} "R.C. 4955.20 in pertinent part states:

{¶ 7} "Companies operating a railroad in this state shall build and keep in repair good and sufficient crossings over or **approaches to such railroad**, its tracks, sidetracks, and switches, at all points **where any public highway**, street, lane, alley, road, or pike is **intersected by such railroad**, its tracks, sidetracks, or switches." (Emphasis added.)

{¶ 8} The site of the damage-causing incident was not the maintenance jurisdiction of defendant.  The defendant's motion to dismiss is GRANTED.  The case is DISMISSED.  The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Acting Clerk

Entry cc:

Edward A. Thomas

Thomas P. Pannett
Department of Transportation
1980 West Broad Street
Columbus, Ohio  43223

Filed 7/21/11
Sent to S.C. reporter 11/4/11